B-04-CV-84

United States District Court
Southern District of Texas
FILED

JUN 0 9 2004

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by? PERSONAL SERVICE DALIA NUNEZ GARZA | Date 6-8-2004 |
| NAME OF SERVER (PRINT) INDALECIO C. ROSANO III | Title Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served. Agreed to meet at DILLARDS VALLE VISTA MALL at 2000 Expressway 83 Harlingen, Texas

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

PROFESSIONAL CIVIL PROCESS
700 PAREDES AVE., #208
BROWNSVILLE, TEXAS 78520
TEL. (956) 546-1313

Executed on 6/8/2004  5:35 p.m.
Date

Signature of Server

Address of Server  700 Paredes W. Rd. STE 208 Brownsville, Texas 78521