UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-84 |
| Dalia N. Garza | § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for September 21, 2004, at 2:00 p.m. is continued until a time to be established by the Court.

Signed this ____ day of _____, 2004, at Brownsville, Texas.

_____
United States District Judge