UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 14 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-04-84 |
| | § | |
| Dalia N. Garza | § | |

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for September 21, 2004.

1. The United States served defendant on June 8, 2004. Defendant has signed loan discharge application and the United States has submitted to the Department of Education for decision.

2. The application was logged in on July 20, 2004 and per the Department of Education, this process can take up to 60-90 days for decision. No decision has been available at this time.

The United States requests that the pretrial conference be reset until after the Department of Education has responded to the request for discharge.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this _10th_ day of _September_, 2004 in accordance with the Federal Rules of Civil Procedure.

_____

CERTIFICATE OF CONFERENCE

The defendant has been called today in regards to this motion and stated she agreed to this continuance.

_____