UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | § Civil Action B-04-84 |
| | § |
| Dalia N. Garza | § |

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for September 21, 2004, at 2:00 p.m. is continued to November 17, 2004, at 2:00 p.m.

Signed this 16th day of September, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge