United States District Court
Southern District of Texas
FILED

NOV 1 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,          §
                                   §
versus                             §          Civil Action B-04-84
                                   §
Dalia N. Garza                     §

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America moves for the

entry of default against Dalia N. Garza who has not filed an answer or other responsive pleading in

this cause. Defendants discharge application has been denied at this time.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

**Certificate of Service**

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Dalia N. Garza at 610 E. Polk St. Harlingen, TX 78550-9112, by (1) certified mail, return receipt requested, No. 7004 1160 0000 2017 5592, and (2) regular, first class mail on the 15th day of November, 2004.