UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-84 |
| Dalia N. Garza | § | |

DEFAULT JUDGMENT

Dalia N. Garza failed to appear in this action after service.

It is adjudged that the United States of America recover from Dalia N. Garza:

A. Principal of $4,797.01, plus

B. Prejudgment interest from April 14, 1999, at $0.65 per day until the date of judgment, plus

C. Attorney's fees of $_____ and all costs of court, plus

D. Post-judgment interest at _____% per annum.

Signed _____, 2004, at Brownsville, Texas.

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-84 |
| Dalia N. Garza | § § | |

### ENTRY OF DEFAULT

Having considered plaintiff's Motion for Entry of Default, pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Dalia N. Garza in that the defendant has not filed an answer or other responsive pleading in this cause.

Signed this _____ day of _____, 2004, at Brownsville, Texas.

_____
United States District Judge