UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-84 |
| Dalia N. Garza | § | |

Pursuant to the Court's Order of _____, 2004, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against defendant Dalia N. Garza, this _____ day of _____, 2004.

MICHAEL N. MILBY
Clerk


By _____
Deputy Clerk