United States District Court
Southern District of Texas
FILED
NOV 1 6 2004
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| Dalia N. Garza | § | |

Motion for Default Judgment

The United States of America moves for default judgment.

1. Garza was served pursuant to the Federal Rule of Civil Procedure. The proof of service is filed with the court.

2. Garza has not filed an answer or otherwise defended the suit.

3. The debt owed the United States is:

| | | |
|---|---|---|
| A. | Principal as of April 14, 1999: | $2,836.58 |
| B. | Interest as of April 14, 1999: | $1,960.43 |
| C. | Administrative, fees, costs, penalties | $0.00 |
| D. | Balance due as of April 14, 1999: | $4,797.01 |

E. Prejudgment interest accrues at 8.41% per annum, being $0.65 per day.

F. The current balance in 3A is after credits of $0.00

F. Attorney's fees of $900.00

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: ______________________________

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

**Certificate of Service**

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Dalia N. Garza at 610 E. Polk St. Harlingen, TX 78550-9112, by (1) certified mail, return receipt requested, No. 7004 1160 0000 2077 5992, and (2) regular, first class mail on the 15th day of November, 2004.

______________________________