United States District Court
Southern District of Texas
FILED

NOV 1 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| Dalia N. Garza | § | |

### Nonmilitary Declaration

I am making this declaration pursuant to 28 U.S.C. § 1746:

I am attorney for the plaintiff, United States of America in this lawsuit.  It appears that the defendant, Dalia N. Garza, has not been in military service for the United States subsequent to the date suit was filed.

This determination is based on an investigation of the Department of Education records, Dalia N. Garza's employment status, and the fact that all mail from this office to Dalia N. Garza name has been sent to and received at a civilian address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2004.

_____
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| Dalia N. Garza | § | |

AFFIDAVIT OF AMOUNTS DUE

STATE OF TEXAS

COUNTY OF DALLAS

The undersigned, J. Michael Weston, being duly sworn, state that I am one of the attorneys for the United States in the above styled and numbered cause; that our offices has file a file marked copy of the served and filed Summons, that more than 20 days have passed from the date of service, and defendant, to my knowledge, has not filed an answer or pleadings or made any written response to the complaint. Based on the records available to me, the investigation made by my office of the defendant, and my office's attempts to contact the defendants or actual contact with the debtor, its does not appear, based on my best information and belief that the defendant is an infant, an incompetent person and is not in the military service within the purview of the Soldier's and Sailor's Relief Act of 1940, as amended.

I further state that I have read the Complaint in this action, reviewed the file provided to our office by the United States, and am familiar with the evidence the United States would offer at trial. Based thereon, I state that, based on the Certificate of Indebtedness and transactions, if any, between the United States and defendant of which we have been advised and are aware, the amount due from defendant to the United States is as follows:

| | | |
|---|---|---|
| A. | Principal as of April 14, 1999: | $2,836.58 |
| B. | Current interest | $1,960.43 |
| C. | Administrative, fees, costs, penalties | $0.00 |
| D. | Balance due as of April 14, 1999: | $4,797.01 |

E.    Prejudgment interest accrues at 8.41% per annum, being $0.65 per day.

F.    The current balance in 3A is after credits of $0.00



By: _____

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:   (214) 373-6810

Subscribed and sworn this _15th_ day of _November_, 2004.

_Diana S. Bradley_
_____

Notary Public, State of Texas
My commission expires:

DIANA S. BRADLEY
MY COMMISSION EXPIRES
February 3, 2005