UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 17 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | § Civil Action B-04-84 |
| | § |
| Dalia N. Garza | § |

Pursuant to the Court's Order of __November 17,__ 2004, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against defendant Dalia N. Garza, this __17th__ day of __November__, 2004.

MICHAEL N. MILBY
Clerk

By _____
  Deputy Clerk