United States District Court
Southern District of Texas
FILED

APR 0 4 2005

Michael N. Milby
Clerk of Court

B-04-84

**CERTIFIED MAIL**

7003 1680 0006 5214 1963

NOTIFIED 3/16/05
2ND _____
RET. _____

Ms. Dalia N. Garza

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520-7152

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Dalia N. Garza
610 E. Polk St
Harlingen, TX 78550-9112

CA B04-84  (3/2/05 R&R)

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7006 5214 1963

102595-01-M-0381