UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR - 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. **B-04-084** |
| **DALIA N. GARZA** | § | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.     The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B.     Plaintiff's Motion for Default Judgment (Pleading No. 8) is hereby GRANTED; and

C.     Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | |
|---|---|---|
| 1. | Principal as of April 14, 1999 | $ 2,836.58 |
| 2. | Interest as of April 14, 1999 | $ 1,960.43 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 900.00 |
| 5. | Pre-Judgment Interest Rate Per annum | 8.41% |
| 6. | Daily Accrual: | $ 0.65 |
| 7. | Balance Due After Credits (including attorney's fees) | $ 5,697.01 |
| 8. | Post Judgment Interest equals _3 38_ % per annum | |

DONE in Brownsville, Texas, this ___5___ of ___April___ 2005.

_____
Hilda G. Tagle
United States District Judge