| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
§ CIVIL ACTION NUMBER
versus § B-04-84
§
§
DALIA N. GARZA §

United States District Court
Southern District of Texas
FILED
APR 2 8 2005
Michael N. Milby
Clerk of Court

## ABSTRACT OF JUDGMENT

| Date Judgment Entered: | April 6, 2005 |
|---|---|
| Judgment in Favor of: | United States of America<br>c/o BENNETT, WESTON & LaJONE, P.C.<br>1750 Valley View Lane, Suite #120<br>Dallas, TX 75234 |
| Judgment Against: | Dalia N. Garza  DOB: 1951<br>610 E. Polk St.<br>Harlingen, TX 78550 |
| Amount of Judgment: | Principal as of April 14, 1999: $2,836.58; Interest as of April 14, 1999: $1,960.43; Administrative Fees, Costs, Penalties: $0.00; Attorney's Fees: $900.00; Pre-Judgment Interest Per annum: 8.41%; Daily Accrual: $0.65; Balance Due After Credits (including attorney's fees): $5,697.01; Post Judgment Interest equals 3.38% per annum |
| Amount of Costs: | $900.00 attorney's fees and all costs of court |
| Rate of Interest: | 3.38% |
| Amount of Credits Since Judgment: | $0.00 |
| Total: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk
DATED: 4/28/05   By: _____
Deputy Clerk

Return to:

BENNETT, WESTON & LaJONE, P.C.
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR - 6 2005

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CIVIL ACTION NO. B-04-084 |
| DALIA N. GARZA | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 8) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | |
| --- | --- | --- |
| 1. | Principal as of April 14, 1999 | $ 2,836.58 |
| 2. | Interest as of April 14, 1999 | $ 1,960.43 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 900.00 |
| 5. | Pre-Judgment Interest Rate Per annum | 8.41% |
| 6. | Daily Accrual: | $ 0.65 |
| 7. | Balance Due After Credits (including attorney's fees) | $ 5,697.01 |
| 8. | Post Judgment Interest equals _3.38_ % per annum | |

DONE in Brownsville, Texas, this __5__ of __April__ 2005.

Hilda G. Tagle
United States District Judge