UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| DALIA N. GARZA | § | |

**United States' Motion to Compel**

United States of America moves for an order compelling Dalia N. Garza ("Garza") to respond to post-judgment discovery, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On April 26, 2005, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Garza, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed. The postjudgment discovery sought information regarding the financial condition of Garza, as allowed by 28 U.S.C. § 3015.

2. Written demand for the responses was sent to Garza by letter dated June 9, 2004. (Exhibit 2).

3. Garza failed to respond to the discovery requests. The United States attempted to obtain responses from Garza. The United States attempted to contact Garza by telephone on May 26, 2005, June 9, 2005, and June 14, 2005.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. The United States requests that the court order Garza to respond to post-judgment discovery fully and completely.

        Respectfully submitted
        BENNETT, WESTON & LaJONE, P.C.


By: ___/s/ J. Michael Weston_____
    J. Michael Weston
    Texas Bar No. 21232100
    SD Tex. No. 21538
    Attorney in Charge
    Matthew L. Weston
    Texas Bar No. 24037698
    SD Tex. No. 33501
    1750 Valley View Lane, Suite 120
    Dallas, Texas 75234
    Telephone: (214) 691-1776
    FAX: (214) 373-6810
    Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Dalia N. Garza at 610 E. Polk St., Harlingen, TX 78550 by certified mail, return receipt requested, and regular mail on this 12th day of July, 2005.


        ___/s/ J. Michael Weston_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| DALIA N. GARZA | § | |

**Certificate of Conference**

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Dalia N. Garza in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Dalia N. Garza. A representative of the office called Dalia N. Garza and left a message on May 26, 2005, June 9, 2005, and June 14, 2005. Dalia N. Garza has not responded to the discovery.

          Respectfully submitted
          BENNETT, WESTON & LaJONE, P.C.

      By: __/s/ J. Michael Weston_____
          J. Michael Weston
          Texas Bar No. 21232100
          SD Tex. No. 21538
          Attorney in Charge
          Matthew L. Weston
          Texas Bar No. 24037698
          SD Tex. No. 33501
          1750 Valley View Lane, Suite 120
          Dallas, Texas  75234
          Telephone: (214) 691-1776
          FAX:   (214) 373-6810
          Attorneys for the United States of America