





RETURN RECEIPT REQUESTED

7101 7596 0450 0002 3626

Dalia Garza

Bennett, Weston & LaJone, P.C.
1750 Valley View Ln STE 120
Dallas, TX 75234

Return Service Requested

EXHIBIT 1

# BENNETT, WESTON & LaJONE, P.C.
## Attorneys and Counselors At Law
### 1750 Valley View Lane, Suite 120
### Dallas, Texas 75234

**(214) 691-1776**                                                  **Fax: (214) 373-6810**

April 21, 2005

**PERSONAL AND CONFIDENTIAL**
Dalia N. Garza
610 E. Polk St.
Harlingen, TX 78550
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**NO.** 7161759604450003 3626 **AND REGULAR MAIL**

    Re:    *United States of America v. Dalia N. Garza*, Civil Action B-04-84

       Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

       You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately. If you wish to settle this claim, please call us.

    **CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

                Yours very truly,

                J. MICHAEL WESTON

encl.

### WE COLLECT DEBTS FOR CLIENTS.
### THIS IS AN ATTEMPT TO COLLECT A DEBT.
### ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| DALIA N. GARZA | § | |

## POST-JUDGMENT DISCOVERY

TO:    Dalia N. Garza, 610 E. Polk St. , Harlingen, TX 78550

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to the attention of the court.

### INSTRUCTIONS

1.    Send your sworn answers to the interrogatories and produce the requested documents for inspection and copying **within 30 days of your receipt** of this Post-Judgment Discovery to

J. Michael Weston
BENNETT, WESTON & LaJONE, P.C.
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

2.    Answer each Interrogatory in the space provided.  If you need additional space, attach another page.

3.    **IF YOU FAIL TO ANSWER ANY INTERROGATORY COMPLETELY OR FAIL TO PRODUCE ANY DOCUMENT FOR ANY REASON**, state the reason(s) for your failure to answer or produce the documents. For example, if you have no documents that are described in a written request, write "none" in the after the description.

## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Dalia N. Garza, and, IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By _____

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Matthew L. Weston
Texas Bar No. 24037698
SD Tex. No. 33501
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7101 7596 0450 0003 3626 and regular mail on this 2l day of April , 2005.

_____

**THE WALZ CERTIFIED MAILER™**

FROM **WALZ** ™

FORM #35663N VERSION: 12/02
U.S. PAT. NOS. 5,501,393; 4,368,903

**Label #1**

Dalia Garza
610 E. Polk St.
Harlingen, TX 78550

**TO:** Dalia Garza
610 E. Polk St.
Harlingen, TX 785509112

**SENDER:** ds

**REFERENCE:**

**Label #2**

Bennett, Weston & LaJone, P.C.
1750 Valley View Ln STE 120
Dallas, TX 75234

Return Service Requested

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | $0.37 |
|---|---|---|
| | Certified Fee | $2.30 |
| | Return Receipt Fee | $1.75 |
| | Restricted Delivery | $0.00 |
| | Total Postage & Fees | $4.42 |

**Label #3**

Bennett, Weston & LaJone, P.C.
1750 Valley View Ln STE 120
Dallas, TX 75234

Return Service Requested

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

4/26/05

TEAR ALONG THIS LINE

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**Label #5**

Dalia Garza
610 E. Polk St.
Harlingen, TX 78550

Charge Amount:

Charge To:

**Certified Article Number**

**SENDERS RECORD**

7101 7596 0450 0002 3626

**Label #4**

**Label #6**

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE.

**CERTIFIED MAIL**

7101 7596 0450 0002 3626

**RETURN RECEIPT REQUESTED**

FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED USPS MAIL CARRIER DETACH ALONG PERFORATION**

2. Article Number

7101 7596 0450 0002 3626

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Dalia Garza
610 E. Polk St.
Harlingen, TX 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature

X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

Thank you for using Return Receipt Service

# BENNETT, WESTON & LaJONE, P.C.

Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                          Fax: (214) 373-6810

June 9, 2005

Dalia N. Garza
610 E. Polk St.
Harlingen, TX 78550

Re:   **United States of America v. Dalia N. Garza**, No. B-04-84, Judgment dated: April
6, 2005

YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY
SERVED ON YOU.

**You must immediately and completely respond to the post-judgment discovery.  If you
do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.  CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**Yours very truly,**



**J. MICHAEL WESTON**

