UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Civil Action B-04-84 |
| | § | |
| DALIA N. GARZA | § | |

## ORDER COMPELLING DISCOVERY RESPONSES

**Dalia N. Garza** must fully respond to the interrogatories and requests for production served upon **her** by the United States by September 12, 2005.

If **Dalia N. Garza** fails to comply with this order, **she** may be held in contempt.

SIGNED this _____ of _____, 2005, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge