

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Ms. Dalia N Garza
Street, Apt. No.; or PO Box No.: 6...
City, State, ZIP+4: Harlingen, TX 78550-9112

CA B04-84 (7/26/05 Order)
(One copy sent by regular mail.)

PS Form 3800, June 2002    See Reverse for Instructions