B-04-cv-084



CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

RECEIVE
AUG 15 2005
U.S. MAGISTRATE

RETURN TO SENDER
UNCLAIMED
7/28/0

CERTIFIED MAIL
7004 2890 0003 2941 0599

Ms. Dalia N.
610 E. P[...] Street
Harlingen, TX 78550-9112

1ST  AUG - 4 2005
2ND
RET. AUG 1 2 2005

NOTIFIED

$04.42 US POSTAGE
26 JUL 2005
MAILED FROM ZIP CODE 78520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Civil Action B-04-84 |
| DALIA N. GARZA | § | |

## ORDER COMPELLING DISCOVERY RESPONSES

**Dalia N. Garza** must fully respond to the interrogatories and requests for production served upon **her** by the United States by September 12, 2005.

If **Dalia N. Garza** fails to comply with this order, **she** may be held in contempt.

SIGNED this _26th_ of ___July___, 2005, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge