ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-04-084 |
| | § | |
| DALIA N. GARZA | | |

### ORDER COMPELLING DISCOVERY RESPONSES

Dalia N. Garza must fully respond to the interrogatories and requests for production served upon her by the United States by October 27, 2005.

If Dalia N. Garza fails to comply with this order, she may be held in contempt.

SIGNED this 22nd day of September 2005, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge