United States District Court
Southern District of Texas
FILED

SEP 2 2 2005

Michael N. Milby
Clerk of Court

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage           $
Certified Fee
Return Receipt Fee              Postmark
(Endorsement Required)            Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $

Sent To    Ms. Dalia N. Garza
Street, Apt. No.;   6 10th Belle
or PO Box No.   CA B04-84 (9/22/05 Order)
City, State, ZIP+4   Harlingen, TX 78550

PS Form 3800, June 2002          See Reverse for Instructions
```